IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| KIM HAWKINS | ) | Civil Action File No: 3:06-1146 |
|---|---|---|
| Plaintiff, | ) | Judge Wiseman |
| v. | ) | Magistrate Judge Brown |
| AVENTIS PHARMACEUTICALS, INC., | ) | JURY DEMAND |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court, as evidenced by the signatures of counsel herein, that all matters in controversy between Plaintiff KIM HAWKINS, and Defendant AVENTIS PHARMACEUTICALS, INC., have been compromised and settled as set forth in the General and Absolute Release. It is therefore:

ORDERED that the action of Plaintiff KIM HAWKINS, against Defendant AVENTIS PHARMACEUTICALS, INC., be DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

ENTERED pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this _____ day of _____, 2009.

_____
The Honorable Thomas A. Wiseman, Jr.

APPROVED FOR ENTRY:

s/James M. Doran, Jr.
James M. Doran, Jr.
Tennessee Bar No. 002638
Eileen Burkhalter Smith
Tennessee Bar No. 021407
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219
(615) 244-6380
(615) 244-6804 (facsimile)


N. Karen Deming
Georgia Bar No. 217581
Gary J. Spahn
Virginia Bar No. 15285
*Admitted Pro Hac Vice*
TROUTMAN SANDERS LLP
Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
(404) 885-3000
(404) 885-3900 (facsimile)

*Attorneys for Aventis Pharmaceuticals Inc.*

s/R. Jan Jennings *with permission by James M. Doran, Jr.*
R. Jan Jennings
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North
Nashville, TN 37201-1631

Teresa C. Toriseva
Wexler Toriseva & Wallace
1446 National Rd.
Wheeling, WV 26003

Michael W. Heaviside
Michelle A. Parfitt
Christopher Tisi
Ashcraft & Gerel, LLP
2000 L Street NW, Suite 400
Washington, DC 20036
Tel: 202-783-6400

Ramon R. Lopez
Christina A. Fountain
Lopez McHugh LLP
100 Bayview Circle
Suite 5600
Newport Beach, CA 92660
(949) 737-1501
(949) 737-1504 – Fax

*Attorneys for Plaintiff Kim Hawkins*