# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| KIM HAWKINS | ) | Civil Action File No: 3:06-1146 |
| Plaintiff, | ) | Judge Wiseman |
| v. | ) | Magistrate Judge Brown |
| AVENTIS PHARMACEUTICALS, INC., | ) | JURY DEMAND |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court, as evidenced by the signatures of counsel herein, that all matters in controversy between Plaintiff KIM HAWKINS, and Defendant AVENTIS PHARMACEUTICALS, INC., have been compromised and settled as set forth in the General and Absolute Release. It is therefore:

ORDERED that the action of Plaintiff KIM HAWKINS, against Defendant AVENTIS PHARMACEUTICALS, INC., be DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

ENTERED pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this **10th** day of **February**, 2009.

_____
The Honorable Thomas A. Wiseman, Jr.